IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

COMMONSPIRIT HEALTH, d/b/a CHI
St. Vincent                                                                                    PLAINTIFF

v.                         No. 4:25-cv-722-DPM

ANTHEM HEALTH PLANS OF
VIRGINIA, INC., d/b/a Blue Cross and
Blue Shield of Virginia and DOES, 1–25,
Inclusive                                                                                       DEFENDANTS

COMMONSPIRIT HEALTH, d/b/a CHI
St. Vincent                                                                                    PLAINTIFF

v.                         No. 4:25-cv-723-DPM

BLUE CROSS OF CALIFORNIA;
ANTHEM BLUE CROSS LIFE AND
HEALTH INSURANCE COMPANY; and
DOES, 1–25                                                                                  DEFENDANTS

COMMONSPIRIT HEALTH, d/b/a CHI
St. Vincent                                                                                    PLAINTIFF

v.                         No. 4:25-cv-724-DPM

BLUECROSS BLUESHIELD OF
TENNESSEE, INC. and DOES, 1–25,
Inclusive                                                                                       DEFENDANTS

## ORDER

Complaints noted. My family and I have health insurance with Arkansas Blue Cross Blue Shield. I don't believe that fact would cause a question about my impartiality in this case. 28 U.S.C. § 455(a). But I wanted to put it of record and give parties the opportunity to be heard. Any response or motion to recuse based on this connection is due 11 August 2025.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 July 2025