# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

| | |
|---|---|
| COMMONSPIRIT HEALTH, d/b/a CHI St. Vincent | PLAINTIFF |
| v.  No. 4:25-cv-722-DPM | |
| ANTHEM HEALTH PLANS OF VIRGINIA, INC., d/b/a Blue Cross and Blue Shield of Virginia and DOES, 1–25, Inclusive | DEFENDANTS |
| COMMONSPIRIT HEALTH, d/b/a CHI St. Vincent | PLAINTIFF |
| v.  No. 4:25-cv-723-DPM | |
| BLUE CROSS OF CALIFORNIA; ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; and DOES, 1–25 | DEFENDANTS |
| COMMONSPIRIT HEALTH, d/b/a CHI St. Vincent | PLAINTIFF |
| v.  No. 4:25-cv-724-DPM | |
| BLUECROSS BLUESHIELD OF TENNESSEE, INC. and DOES, 1–25, Inclusive | DEFENDANTS |

## ORDER

1. No party objected to my staying on these cases, even though my family and I have health insurance with Arkansas Blue Cross Blue Shield. All material things considered, I don't believe there is a basis for reasonably questioning my impartiality. 28 U.S.C. § 455(a) & (b)(1). I will therefore continue presiding over these matters.

2. These three cases involve common questions of law and fact; consolidation for pretrial matters makes good sense. Fed. R. Civ. P. 42(a)(2). The Court designates No. 4:25-cv-722-DPM (*CommonSpirit I*) as the lead case.

The Court gave the defendants in No. 4:25-cv-723-DPM (*CommonSpirit II*) until 20 October 2025 to reply in briefing on their planned Rule 12(b) motion. If they so choose, the defendants in *Common Spirit I* and No. 4:25-cv-724-DPM (*CommonSpirit III*) may also reply to plaintiff's response to their pending motions to dismiss. These replies are due by 20 October 2025, too. The Court directs a global joint Rule 26(f) report by 30 October 2025. An Initial Scheduling Order will issue.

The Court directs the Clerk to move all pending motions in the member cases to the lead case. All future filings must be made under that docket number.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 August 2025

-3-