# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| COMMONSPIRIT HEALTH, d/b/a CHI St. Vincent | PLAINTIFF |
| v.   No. 4:25-cv-722-DPM | |
| ANTHEM HEALTH PLANS OF VIRGINIA, INC., d/b/a Blue Cross and Blue Shield of Virginia and DOES, 1–25, Inclusive | DEFENDANTS |
| v. | |
| BLUE CROSS OF CALIFORNIA; BLUECROSS BLUESHIELD OF TENNESSEE, INC.; ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; BLUE CROSS AND BLUE SHIELD OF ALABAMA; and LOUISIANA HEALTH SERVICE AND INDEMNITY COMPANY | CONSOL DEFENDANTS |
| COMMONSPIRIT HEALTH, d/b/a CHI St. Vincent | PLAINTIFF |
| v.   No. 4:25-cv-1153-DPM | |
| BLUE CROSS BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC., d/b/a Anthem Blue Cross and Blue Shield and DOES, 1–25, Inclusive | DEFENDANTS |

## ORDER

1. The Court consolidates case No. 4:25-cv-1153-DPM (*CommonSpirit VI*) with the lead case No. 4:25-cv-722-DPM (*CommonSpirit I*). These cases involve common questions of law and fact; consolidation for pretrial matters makes good sense. The Court directs the Clerk to move all pending motions in the new member case to the lead case. All future filings must be made under that docket number. Blue Cross of Georgia's motion for leave to reply, *Doc. 11*, is granted. Reply, *Doc. 11-1*, deemed filed.

2. In *CommonSpirit I*, I noted that my family and I have health insurance with Arkansas Blue Cross Blue Shield. *Doc. 6*. No party objected to my staying on the case. But considering the new consolidated case, any response or motion to recuse based on this connection is due by 29 December 2025.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 December 2025